FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2023

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL VASQUEZ and CAMMY VASQUEZ, and the Marital Community Comprised Thereof;<br><br>Plaintiffs,<br><br>v.<br><br>YAKIMA COUNTY CREDIT SERVICE, INC., A Washington Corporation, d/b/a YCCS A National Collection System,<br><br>Defendant. | Case No. 2:23-cv-209-JAG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## **STIPULATED DISMISSAL**

Plaintiffs, MICHAEL VASQUEZ and CAMMY VASQUEZ, being represented by counsel, Attorney Robert Mitchell, and Defendant, YAKIMA COUNTY CREDIT SERVICE, INC., a Washington Corporation, being represented by its attorney, Marc Rosenberg, hereby jointly move to dismiss this action with prejudice and without an award of costs or fees to either party.

STIPULATED MOTION AND ORDER TO DISMISS    1

Robert Mitchell, Attorney at Law
1020 N. Washington
Spokane, WA  99201
(509) 327-2224    Fax (888) 840-6003

Presented by:

S//*Robert W. Mitchell*                                        Dated September 25, 2023
ROBERT W. MITCHELL (WSBA No. 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington
Spokane, WA 99201
Telephone:  509-327-2224
Email:        bobmitchellaw@gmail.com
*Attorney for Plaintiffs, Vasquez*

Stipulated by:


*s/ Marc Rosenberg*                                           Dated September 25, 2023
Marc Rosenberg (WSBA No. 31034)
Lee & Smart
701 Pike Street, Suite 1800
Seattle, WA, 98101
Telephone:  (206) 624-7990
Emailed:    Mr@leesmart.com
*Attorneys for Defendant*
*YAKIMA COUNTY CREDIT SERVICE, INC.,*
*A Washington Corporation, d/b/a*
*YCCS A National Collection System*

# ORDER

THIS COURT having reviewed the parties' stipulated motion, NOW HEREBY ORDERS that this action is **dismissed with prejudice** and without an award of costs or fees to either party.

THE DISTRICT COURT EXECUTIVE is directed to enter this Order, strike all deadlines, and close the case file.

DATED September 26, 2023.

_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE